United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    SCOTT JOHNSON,                          Case No.  21-cv-06122-SVK
8                 Plaintiff,
9         v.                                 **ORDER TO SHOW CAUSE RE
                                             SETTLEMENT**
10   SACCOMURO CORPORATION,                  Re: Dkt. No. 13
11              Defendant.

12        Plaintiff reports that this case has settled.  All previously-scheduled deadlines and appearances
13   are vacated.
14        By **December 9, 2021**, the parties shall file a stipulation of dismissal.  If a dismissal is not filed
15   by the specified date, then the parties shall appear on **December 16, 2021 at 1:30 p.m.** and show
16   cause, if any, why the case should not be dismissed.  Additionally, the parties shall file a statement in
17   response to this Order no later than **December 9, 2021**, describing with specificity (1) the parties'
18   efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the
19   reasons therefor, and the minimum amount of time required to finalize the settlement and file the
20   dismissal.
21        If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically
22   vacated and the parties need not file a statement in response to this Order.
23        **SO ORDERED.**
24   Dated: November 10, 2021
25
26
27                                           _____
                                             SUSAN VAN KEULEN
                                             United States Magistrate Judge
28